IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| REGINALD TYRONE GOLDSMITH | : 1:24CR14-1 |
| CONRAD JONES, JR. | : 1:24CR14-2 |

The Grand Jury charges:

COUNT ONE

On or about December 5, 2023, in the County of Forsyth, in the Middle District of North Carolina, REGINALD TYRONE GOLDSMITH and CONRAD JONES, JR., did rob A.M., a person having lawful charge, custody and control of any money and other property of the United States, and in effecting such robbery did put A.M.'s life in jeopardy by the use of a dangerous weapon; in violation of Title 18, United States Code, Sections 2114(a) and 2.

COUNT TWO

On or about December 5, 2023, in the County of Forsyth, in the Middle District of North Carolina, CONRAD JONES, JR., knowingly did possess in and affecting commerce a firearm, that is, a Bersa .380 caliber handgun, having been convicted of a crime punishable by imprisonment for a term

exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT THREE

On or about December 5, 2023, in the County of Forsyth, in the Middle District of North Carolina, CONRAD JONES, JR., in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery by use of a dangerous weapon of a person having lawful charge of money of the United States, as more fully referenced in Count One of this Indictment, did knowingly possess a firearm, that is, a Bersa .380 caliber handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT FOUR

On or about December 5, 2023, in the County of Forsyth, in the Middle District of North Carolina, REGINALD TYRONE GOLDSMITH, then being an unlawful user of and addicted to a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm, that is, a Glock 9mm handgun; in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

COUNT FIVE

On or about December 5, 2023, in the County of Forsyth, in the Middle District of North Carolina, REGINALD TYRONE GOLDSMITH, in

furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery by use of a dangerous weapon of a person having lawful charge of money of the United States, as more fully referenced in Count One of this Indictment, did knowingly possess a firearm, that is, a Glock 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

DATED: January 16, 2024

SANDRA J. HAIRSTON
United States Attorney

*/s/ Graham T. Green*

BY: GRAHAM T. GREEN
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON